**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil No. 26-00216-CV-W-BCW |
| ONE BAG OF SCALLORN ARROWHEADS EXTRACTED FROM FEDERAL LANDS LOCATED AT THE HARRY S. TRUMAN LAKE PROJECT IN HENRY COUNTY, MISSOURI, | |
| and | |
| TWO PLASTIC TOTE BAGS, ONE METAL BRIEFCASE, AND ONE EVIDENCE BAG OF ARTIFACTS EXTRACTED FROM FEDERAL LANDS LOCATED AT THE HARRY S. TRUMAN LAKE PROJECT IN HENRY COUNTY, MISSOURI | |
| Defendants. | |

**NOTICE OF COMPLAINT FOR FORFEITURE**

TO:  RhyLee Wynn
 Assistant Attorney General
 1071 Grandview Lane
 Pawhuska, OK 74056
 rhylee.wynn@osagenation-nsn.gov

 Patrick Daugherty
 Van Ness Feldman LLP
 2000 Pennsylvania Avenue, NW
 Suite 6000
 Washington, DC 20006
 pod@vnf.com

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. DATE OF NOTICE: April 24, 2026

2. FORFEITURE COMPLAINT: On March 16, 2026, the United States of America filed a civil complaint seeking forfeiture, pursuant to 16 U.S.C. § 470gg, in the United States District Court for the Western District of Missouri against the following defendant property:

   a. One bag of Scallorn arrowheads removed from the Tightwad Site that have been identified, with assistance from the Osage Nation, as Osage artifacts from when the tribe inhabited the area around what is now known as Harry S. Truman Lake; and

   b. Two plastic tote bags, one metal briefcase, and one evidence bag, which contain artifacts removed from the Tightwad Site.

3. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice or the date of delivery, if personally served.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury. *See* 28 U.S.C. § 1746.

5. FILING OF AN ANSWER: If you file a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Western District of Missouri, 400 E. 9th Street, Kansas City, Missouri, and a copy of the claim and answer or motion must be sent to James Kirkpatrick, Assistant United States Attorney, 400 E. 9th Street, Fifth Floor, Kansas City, Missouri 64106.

7. Any claim you filed with the seizing agency in an administrative proceeding and any petition you filed in a related criminal action are **<u>NOT</u>** a substitute for the claim you must file

in this action which meets the requirements of and within the time allowed under Rules G(4) and G(5), as described above.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

R. MATTHEW PRICE
United States Attorney

By:  */s/ James Kirkpatrick*
James Kirkpatrick
Assistant United States Attorney
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
E-mail: James.Kirkpatrick@usdoj.gov